IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:    §
    §    CASE NO. 05-64246-WA1-13
Maurice & April Bruce    §
    §
DEBTOR.    §
    §

### APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for General Electric Company, claimant, hereby petitions the Court for $603.46, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to GE Consumer Finance, creditor. A dividend check in the amount totaling was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to GE Consumer Finance for GE Money Bank at PO Box 960061, Orlando, FL 32896. A change in mailing address may have prevented delivery of the original dividend check. GE Consumer Finance is a division of General Electric Capital Corporation, as evidenced by Exhibit A. General Electric Capital Corporation is a subsidiary of General Electric Company, as evidenced by exhibit B.

The creditor's current mailing address, phone and social security/tax identification number are:
General Electric Company
Francisco Gonzalez  Finance & Internal Audit Analyst
4211 Metro Parkway - MS 5A Unclaimed Property Division
Ft. Myers, FL 33916
Last four digits of SSN/TIN: **9340**

Claimant now seeks to recover the funds from the Court's Registry. **Dilks & Knopik, LLC is not an law firm but has been granted Limited Power of Attorney from General Electric Company to collect the unclaimed funds pro se, as evidenced by the attached Limited Power of Attorney.** Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of **$603.46** made payable to **General Electric Company** c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: May 21, 2010    Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
General Electric Company
PO Box 2728
Issaquah, WA 98027
(425) 836-5728

On 5/21/10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Caryn M. Dilks, Notary Public
[Seal]    for the State of Washington, County of King
My Commission Expires: July 29, 2010

